**Lacey Mark SIVAK, Plaintiff–Appellant,**

v.

**Timothy D. WILSON; et al., Defendants–Appellees.**

**No. 14–35877.**

United States Court of Appeals, Ninth Circuit.

Submitted March 15, 2016.*

Filed March 25, 2016.

Lacey Mark Sivak, Boise, ID, pro se.

Before: GOODWIN, LEAVY, and CHRISTEN, Circuit Judges.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

### MEMORANDUM **

Lacey Mark Sivak, an Idaho state prisoner, appeals pro se from the district court's order denying his request to file various actions. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion the application of a vexatious litigant order. *Moy v. United States*, 906 F.2d 467, 469 (9th Cir.1990). We affirm.

The district court did not abuse its discretion in revising a prior pre-filing order to conform to 28 U.S.C. § 1915(g) and in applying the revised order to Sivak's proposed actions.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

